UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.  12-20480-CR-ROSENBAUM

UNITED STATES OF AMERICA,

        Plaintiff,

v.

JOSE MACHADO,

        Defendant.
_____/

## ORDER REGARDING PLEA PROCEDURES

This matter is set for **a change of plea hearing and sentencing** at 2:00 p.m. on **July 11, 2012**, at 299 East Broward Boulevard, **Courtroom 310-B**, Fort Lauderdale, Florida.  It is further **ORDERED** that at the change of plea hearing at sentencing, counsel for both parties shall be prepared to indicate whether they have complied with the following procedure:

Should any plea offer be made by the Government but not accepted by Defendant, the Government shall attach to any such offer a cover sheet with space for Defendant and Defendant's attorney to certify that Defendant has reviewed the plea offer.  The cover sheet shall also include space for Defendant and Defendant's attorney to certify the dates of signature.  This document shall be signed by Defendant and Defendant's attorneys before trial.  **This document shall not be filed with the Court or otherwise provided to the Court** but shall be maintained within the Government's case file.  The parties shall not advise the Court whether any plea offer has been made or, if so, of the contents of any plea offer that might have been made.  *See United States v. Tobin*, 676 F.3d 1264 (11th Cir. 2012).  Before a change of plea is taken, the Court will specifically

inquire as to whether the parties have complied with this paragraph of this Order.  **The parties shall respond with either a "yes" or "no," without further elaboration**.  *If no other plea offer has been made or if a plea offer has been made and the requirements of this paragraph have been satisfied, the answer shall be "yes."*

**DONE AND ORDERED** at Fort Lauderdale, Florida, this 8th day of July 2012.

_____
ROBIN S. ROSENBAUM
UNITED STATES DISTRICT JUDGE

cc:    Counsel of Record